# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 05, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A0836. YATES et al. v. MESSA.

The above-styled appeal was docketed in this Court on December 30, 2014. Pursuant to Rule 23 (a) of the Court of Appeals, the brief and enumeration of errors of Appellants (Robert Yates et al.) were to be filed in this Court by January 19, 2015. This Court granted the Appellants' motion to extend the time for filing their brief and enumeration of errors through February 12, 2015. They failed to so file their brief and enumeration of errors and, on February 18, 2015, Appellee Nancy Messa filed a motion to dismiss the appeal on that basis. Indeed, as of March 3, 2015, the Appellants have filed no brief and enumeration of errors.

Messa's motion to dismiss the appeal is hereby GRANTED. See Court of Appeals Rules 7, 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____03/05/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*